# ELECTRONIC RECORD

**727-15**

COA # 05-14-00551-CR          OFFENSE: 22.02

STYLE: Patrick Antuan Knox v. The State of Texas          COUNTY: Collin

COA DISPOSITION: AFFIRM          TRIAL COURT: 380th Judicial District Court

DATE: 05/28/2015          Publish: YES          TC CASE #: 380-81027-2013

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Patrick Antuan Knox v. The State of Texas          CCA #: **727-15**

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: _10/07/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

\------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**

# ELECTRONIC RECORD

COA # 14-14-00067-CR

OFFENSE: Capital Murder

STYLE: Justin McGee v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 262nd District Court

DATE: May 28, 2015   Publish: No

TC CASE #:1387993

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Justin McGee v The State of Texas

CCA # _____

_____ *APPELLANT'S* Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ *REFUSED*

DATE: _10/07/2015_

JUDGE: _____

CCA Disposition: _**733-15**_

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____       DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**